Case 2:24-cv-00002-RLP    ECF No. 22    filed 01/13/25    PageID.91    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOBIE DYER-THEIS,<br><br>                Plaintiff,<br><br>vs.<br><br>PEND OREILLE COUNTY PUBLIC HOSPITAL DISTRICT NO. 1 d/b/a NEWPORT COMMUNITY HOSPITAL; JONATHAN LUEDERS; NATHANIAL LILYA, and UNKNOWN JANE or JOHN DOES,<br><br>                Defendant. | NO: 2:24-CV-0002-RLP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

      BEFORE THE COURT is the parties' Stipulated Dismissal (ECF No. 21). The parties agree that parties' claims in the above-entitled matter should be dismissed with prejudice and without attorneys' fees or costs to any party.  The Court has reviewed the record and files herein, and is fully informed.

      According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Stipulated Dismissal motion, **ECF No. 21**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without fees or costs to any party.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and **CLOSE** the file.

DATED January 13, 2025.



REBECCA L. PENNELL
United States District Judge